UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| v. | ) | No. | 3:07-CR-102 |
| | ) | | Judge Phillips |
| AARON LAMONT WILLIS | ) | | |

## **MEMORANDUM AND ORDER**

Defendant Aaron Willis has filed a pro se motion for early termination of supervised release [Doc. 34].[1] In support of his motion, defendant states that he has completed all but 16 months of his five-year term of supervision. Defendant has maintained employment and has continued to grow in his ministry in his church. Defendant mentors youth and young adults and practices "positive self talk" daily. Defendant has been permitted to travel to preach and give back to the community. Defendant would also like to travel with his family for vacation. Defendant says he is a "better man all the way around" and he has no intention to return "to the old me." Defendant is focused on a future of raising his children and being a good husband, and he would like recognition of his progress and positive steps.

The record reflects that defendant pled guilty to conspiracy to distribute and possession with intent to distribute five kilograms or more of cocaine base, in violation of 21 U.S.C. §§ 846 and 841(a)(1). On May 13, 2008, the defendant was sentenced to a term

---

[1]Although defendant's motion seeks "release from probation," the record reflects that the defendant was sentenced to and is currently serving a term of supervised release.

of imprisonment of 105 months, to be followed by a term of five years of supervised release [Doc. 24].

The United States Probation Office has no objections to his motion. Similarly, the government does not oppose his request for early termination.

After considering the factors set forth 18 U.S.C. § 3553(a), the Court may terminate a term of supervised release and discharge the defendant after the expiration of one year of supervised release if the Court "is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). After carefully considering the requirements of the statute, the Court finds the relevant portions of 18 U.S.C. § 3553(a) support an early termination of defendant's supervised release. In support of this determination, the Court notes that defendant has completed over half of his term of supervised release; he has been in full compliance with the conditions of his supervision; and he maintains a stable residence and stable employment. In addition, his supervising probation officer and the government do not oppose the request. It appears to the Court that defendant has rehabilitated himself and he poses no threat to any individual or the community to reoffend. Accordingly, pursuant to 18 U.S.C. § 3583(e)(1), based on the defendant's conduct and the interests of justice, defendant's motion for early termination of supervised release [Doc. 34] is **GRANTED.** Defendant's term of supervised release is **TERMINATED.**

**IT IS SO ORDERED.**

                                                      s/ Thomas W. Phillips
                                            SENIOR UNITED STATES DISTRICT JUDGE